UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | Civil Action No. 3:12-0169 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | *Judge Campbell* *Magistrate Judge Bryant* |
| MILLER ELECTRICAL CONTRACTORS, INC. d/b/a MILLER ELECTRIC COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

The Plaintiff's motion to continue the case management conference presently set for Tuesday, April 10, 2012 is granted.

The case management conference is continued to Monday, April 23, 2012 at 9:30 a.m.

IT IS SO ORDERED.

                                            *s/ John S. Bryant*
                                            JOHN S. BRYANT
                                            United States Magistrate Judge