ORDER:
Motion granted.
Initial case management conference is rescheduled to May 15, 2012, at 10:00 a.m.

*s/ John S. Bryant*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:12-0169 |
| v. | ) ) ) | *Judge Campbell* *Magistrate Judge Bryant* |
| MILLER ELECTRICAL CONTRACTORS, INC. d/b/a MILLER ELECTRIC COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

This civil action is set for a case management conference on April 23, 2012, having been continued from the initial setting of April 10, 2012 (Docket Entry no. 9).

During the period of time after the first continuance, the parties have actively conducted settlement negotiations, with Defendant being represented by R. Jonathan Guthrie of the firm Patrick, Beard, Shulman & Jacoway, PC, 537 Market St., Chattanooga, TN 37402, tel. (423) 756-7117, email: jguthrie@pbsjlaw.com. The parties reasonably believe their settlement discussions will be productive, and desire to avoid the expenditure of time and resources for case management, and instead devote the time and resources to settlement.

Wherefore, the parties request a short continuance of the case management conference, to be reset at the convenience of the Court on either May 14 or May 15, 2012.