UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND | ) ) ) | |
| v. | ) ) | NO. 3:12-0169 JUDGE CAMPBELL |
| MILLER ELECTRICAL CONTRACTORS, INC. | ) ) | |

<u>ORDER</u>

The Court is in receipt of a Notice of Voluntary Nonsuit (Docket No. 12). Accordingly, the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE